UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA H.,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:23-cv-09881-SB-DTB<br><br>FINAL JUDGMENT |

    Pursuant to the Order Rejecting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that Judgment is entered in favor of Plaintiff and the matter is remanded to the Social Security Administration for further explanation.

Date: August 27, 2024

                                                             Stanley Blumenfeld, Jr.
                                                          United States District Judge